IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOL DAVID VECCHIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01503 |
| ) | Judge Trauger |
| KELLY HALEY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On July 19, 2018, the magistrate judge issued a Report and Recommendation (DE #10), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 7th day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge